FILED

APR 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELENA RODRIGUEZ-MALFAVON, Plaintiff-Appellant, v. CLARK COUNTY SCHOOL DISTRICT; et al., Defendants-Appellees. | No. 16-17076 D.C. No. 2:12-cv-01673-APG-PAL District of Nevada, Las Vegas ORDER |

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before May 24, 2017; appellees shall file an answering brief on or before June 23, 2017; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation